IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY POLLINGER, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. NO.  3:14-cv-02283-N |
| TRIUMPH AEROSTRUCTURES, LLC | § § § | |
| Defendant. | § § | |

ORDER OF DISMISSAL
WITH PREJUDICE

The Court hereby grants Plaintiff's Unopposed Motion to Dismiss With Prejudice, and the case is hereby dismissed with prejudice in its entirety with each party to bear its own attorney fees and costs.

Signed September 22 2016.

David C. Godbey
United States District Judge

1